IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| TAMATHA SNETHEN, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO. |
| | * | 406CV259 |
| v. | * | |
| | * | |
| THE BOARD OF PUBLIC | * | |
| EDUCATION FOR THE CITY OF | * | |
| SAVANNAH AND THE COUNTY | * | |
| OF CHATHAM, and JOHN F. | * | |
| O' SULLIVAN, JR., HUGH S. | * | |
| GOLSON, SUSAN J. COX, ELLIS | * | |
| DANIEL FRAZIER, DEWAYNE | * | |
| HAMILTON, LORI L. BRADY, and | * | |
| DAVID A. WEGMANN, in their | * | |
| individual capacities, | * | |
| | * | |
| Defendants. | * | |

## PROPOSED ORDER

Plaintiff's Motion to Seal Exhibits, having been read and considered, and it being in the interests of all of the parties:

It is Hereby Ordered that the following items be sealed:

1. Original Deposition of John R. Teater;

2. Original Deposition of Freddie Gilyard, Ed. D.; and

3. The Exhibit Books for the depositions taken in this matter, which Paintiff has requested to be filed by Tom Crites & Associates.

SO ORDERED this _____ day of _____.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

ORDER PREPARED BY:
Elizabeth A. Branch, Esq.
The Middleton Firm, L.L.C.
58 E. Broad Street
Savannah, Georgia 31412
(912)234-1133 - Tel.