FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUL 12  AM 9: 41

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TAMATHA SNETHEN,                    )
                                    )
            Plaintiff,              )
                                    )
v.                                  )    CIVIL ACTION NO. CV406-259
                                    )
THE BOARD OF PUBLIC EDUCATION       )
FOR THE CITY OF SAVANNAH AND        )
THE COUNTY OF CHATHAM, and          )
JOHN F. O'SULLIVAN, JR., HUGH S.    )
GOLSON, SUSAN J. COX, ELLIS         )
DANIEL FRASIER, DEWAYNE             )
HAMILTON, LORI L. BRADY, and        )
DAVID A. WEGMANN, in their          )
individual capacities,             )
                                    )
            Defendants.             )

## ORDER ON DEFENDANTS' MOTION TO SEAL EXHIBITS

Defendants' Motion to Seal Exhibits having been read and considered, and it being in the interests of all of the parties:

IT IS HEREBY ORDERED that the Exhibits attached to Defendants' Response to Plaintiff's Motion to Extend Discovery Period to Allow Additional Depositions be sealed.

SO ORDERED this __12__ day of ___July___, 2007.

_____
JUDGE/MAGISTRATE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
GEORGIA